U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 10 2017

TONY R. MOORE, CLERK
BY: _____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Zelma Broussard                             Civil Action No. 6:16-00456

versus                                      Judge Dee D. Drell

Manuel Medical Clinic                       Magistrate Judge Carol B. Whitehurst

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion To Dismiss filed by defendant, Manuel Medical Center [Rec. Doc.14] be **GRANTED IN PART**, and Plaintiff's claims under La. R.S. 42:1169, 5 U.S.C. 2302(b)(a) and the "False Claims Amendment Act" are **DISMISSED WITH PREJUDICE** for failure to state a claim under Rule 12(b)(6), and that Plaintiff's claims under 42 U.S.C. § 1981, Title VII of the Civil Rights Act of 1964 and La. R.S. 23:967, the Louisiana Whistleblower Statute, are **DENIED IN PART** based on Plaintiff's reassertion of those claims in her Amended Complaint.

**IT IS FURTHER ORDERED** that the Motion To Dismiss Amended

Complaint Under Rule 12(b)(6) filed by Defendant, Manuel Medical Center [Rec. Doc. 37] be **GRANTED** and all of Plaintiff's claims be **DISMISSED WITH PREJUDICE** for failure to state a claim.

**IT IS FURTHER ORDERED** that Plaintiff's Motion For Judgment On The Pleadings Under FRCP Rule 12(c), [Rec. Doc. 43] be **DENIED**.

To summarize, <u>ALL</u> claims and this suit are DISMISSED, WITH PREJUDICE.

**THUS DONE AND SIGNED** in chambers, on this __10__ day of February, 2017.

Dee D. Drell, Chief Judge
United States District Court